# EXHIBIT A

## INDEX OF STATE COURT DOCUMENTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON,<br>　　　　Plaintiff,<br><br>VS.<br><br>TARRANT COUNTY HOSPITAL<br>DISTRICT D/B/A JPS HEALTH<br>NETWORK,　　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§ |

## INDEX OF STATE COURT DOCUMENTS

| NO. | DOCUMENT | FILE DATE |
|---|---|---|
| 1. | Plaintiff's Original Petition | 11/19/2021 |
| 2. | Original Civil Citation | 11/22/2021 |